FILED

2006 Mar-17  PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION MATERIALS LTD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-02-RRA-1155 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"), | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, FED. R. CIV. P., it is hereby ORDERED, ADJUDGED, and DECREED that defendant's motions for summary judgment (docs. 14 and 19) are GRANTED and this action is DISMISSED WITH PREJUDICE.  Costs are taxed as paid.

DONE and ORDERED this 17th day of March, 2006.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE